```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```



FILED

AUG 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-0312 JAM |
| Plaintiff, ) | ORDER TO SEAL |
| ) | (UNDER SEAL) |
| v. ) | |
| ) | |
| SEALED, ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Laurel D. White to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 8/4/10

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1