```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2780
```

**FILED**

AUG 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> [SEALED]                       )<br>_____) | 2:10-M-0312 JAM |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment in the above-captioned matter be and is hereby ordered sealed until the arrest of the defendant.

DATED: August 4, 2010

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1