UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

August 6, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-CR-0312-JAM |
| v. | ) | ORDER FOR RELEASE OF |
| JEFFREY ROGERS , | ) | PERSON IN CUSTODY |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEFFREY ROGERS , Case No.  2:10-CR-0312-JAM , Charge  Title 18 USC § 2252 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 25,000 (co-signed by defendant and parents)

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

    ✔    (Other)          With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 6, 2010  at  2:23 pm  .

By  _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge