1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEFFREY ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 10-312-JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| JEFFREY ROGERS, | ) Date: October 12, 2010 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: John A. Mendez |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL WHITE, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for September 21, 2010, at 9:30 a.m., be rescheduled for a status conference/possible change of plea hearing to October 12, 2010, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, September 15, 2010, through and including October 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: September 15, 2010　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　/s/ Ben Galloway
　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　JEFFREY ROGERS

Dated: September 15, 2010　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　LAUREL WHITE
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

stipulation, September 15, 2010, through and including October 12, 2010, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.  A new status conference/possible change of plea date is hereby set for October 12, 2010, at 9:30 a.m..

DATED: September 16, 2010          /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Judge