```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00312 JAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JEFFREY ROGERS, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jeffrey Rogers it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Jeffrey Rogers's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Maxtor, model Y160P0, hard drive, serial number Y44HQ1YE;

   b) Generic desk top computer tower; and

   c) CDs and DVDs containing visual depictions of minors engaged in sexually explicit conduct.

2. The above-listed property constitutes property

containing visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B); or was used or intended to be used to commit or to promote the commission of the aforementioned violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this 15th day of November, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge