```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-00312-JAM |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| JEFFREY ROGERS, ) | |
| Defendant. ) | |

WHEREAS, on or about November 16, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Jeffrey Rogers forfeiting to the United States the following property:

        a) Maxtor, model Y160P0, hard drive, serial number Y44HQ1YE;

        b) Generic desk top computer tower; and

        c) CDs and DVDs containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on November 18, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jeffrey Rogers.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 8th day of April, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge